| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 95-CR-455-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR 05-10122 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Eastern District of New York | DIVISION Brooklyn, New York |
|---|---|---|
| Tommy Chung<br><br>89 Cummings Avenue<br><br>Quincy, MA 02170 | NAME OF SENTENCING JUDGE<br>The Honorable Edward R. Korman, Chief U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 8/17/01 — TO 8/16/06 |

**OFFENSE**

"Conspiracy to Possess with Intent to Distribute Heroin," a violation of 21 U.S.C. 846

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Eastern___ DISTRICT OF ___New York___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Massachusetts___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____2/11/05_____                    _____[signature]_____
        Date                          United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____May 1, 2005_____                _____William G. Young_____
     Effective Date                    United States District Judge